**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**REVISED 2021 CRIMINAL TRIAL CALENDAR NOTICE**

The Court's modified courtroom procedures in response to the Covid-19 epidemic include requiring the use of face masks, shield barriers and distanced seating for trials before the Honorable William M. Ray, II. Requests to continue must be filed as a formal motion with a date specified for speedy trial calculations.

With some exceptions, cases will be called from oldest to newest, with Defendants in custody prioritized over those on bond or those with multiple co-defendants. **The Court will not specially set a trial date and the below order is subject to change.** If your case is not called, it will be rolled over to the next scheduled week. If a trial lasts more than one week, it will be completed, regardless of length. **Counsel shall report no later than 9:00 AM on the following days:**

**Tuesday, August 10**
1. 1:19-cr-455 USA v. Darius Pennington (Custody)
2. 1:21-cr-16 USA v. Elvis Eghosa Ogiekpolor (Custody)
3. 1:20-cr-27 USA v. Tierney Caprice Humphrey (Bond)
4. 1:21-cr-58 USA v. Elvis Maldonado-Santana (Bond)

**Thursday, August 19**
- Any case not reached on the previous calendar

**Monday, September 13**
- Any case not reached on the previous calendar

**Monday, September 27**
1. 1:19-cr-459 USA v. Lucious Mack (Bond)

**Tuesday, November 9**
1. 1:18-cr-492 USA v. Ahamefule Aso Odus (2), Chukwukadibia Ikechukwu Nnadozie (6), Uchechi Chidimma Odus (7), John Ifeoluwa Onimole (8) (Bond)
2. 1:19-cr-223 USA v. Ndidi Nwagbo (Bond)
3. 1:19-cr-328 USA v. Belton Clark Queen (Bond)

**Monday, November 15**
- Any case not reached on the previous calendar

**EXHIBITS:** The Court requires counsel to provide the Courtroom Deputy with **3** copies of the exhibit and witness lists for use during trial. All exhibits should be marked with a sticker identifying case number and exhibit number. Requests to charge should be filed prior to the start of trial. Counsel are directed to comply with **Local Rule 79** regarding custody of trial exhibits. Counsel must provide a courtesy copy of any documents e-filed just prior to trial or on any day during trial.

**ELECTRONICS:** The use of equipment for the presentation of evidence must have an order authorizing that equipment to be brought into the courthouse. Counsel must file a Motion to Bring Audio/Visual/Electronic Equipment in the Courtroom with a proposed order prior to the date trial is to begin. The proposed order should identify the case by style and case number, list each piece of equipment and who will be bringing the equipment into the building. Recording is strictly prohibited.

**NOTICE TO COUNSEL:** Please contact Courtroom Deputy at Jennifer_lee@gand.uscourts.gov to arrange a time for you and/or your staff to test your equipment with courtroom technology. Attorneys without blue cards will need to file motions to allow electronic equipment into the courtroom.